## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-05152-JC | Date | September 19, 2025 |
|---|---|---|---|
| Title | Michael Rhambo v. Affordable Transmission, Inc., et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| none | | none |

**Proceedings:**         (IN CHAMBERS)

### ORDER TO SHOW CAUSE (OSC) RE DISMISSAL FOR LACK OF PROSECUTION

Plaintiff filed the instant action on June 6, 2025. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff's deadline to effect service of the Complaint and Summons on each named Defendant was ninety (90) days later on September 4, 2025. On June 25, 2025, the Court issued its Standing Order which, in pertinent part, directed Plaintiff promptly to serve the Complaint and Summons in accordance with Fed. R. Civ. P. 4 and timely to file proofs of service within fourteen (14) days of service pursuant to Local Rule 4-6. The Court further cautioned Plaintiff that absent further order of the Court, any Defendant(s) not timely served within ninety (90) days after the case was filed would be dismissed pursuant to Fed. R. Civ. P. 4(m). To date, Plaintiff has failed to file a proof of service reflecting that any Defendant has been served, and no Defendant has appeared in this action.

IT IS THEREFORE ORDERED, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 41-1, that by no later than **October 3, 2025**, Plaintiff shall show cause, if there be any, why service was not made on the Defendants by September 4, 2025, and why this case should not be dismissed without prejudice for failure to effectuate service and for lack of prosecution. Failure timely to respond to this Order to Show Cause or to show cause, may result in the dismissal of this action without prejudice for failure to effectuate service and/or for lack of prosecution.

IT IS SO ORDERED.